UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL F. SHORT, as TRUSTEE of the MICHAEL F. SHORT LIVING TRUST, and SHORT FR, LTD., a TEXAS limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>PARK ELECTRIC COOPERATIVE, INC., and ARTHUN RANCH, INC.,<br><br>Defendants. | Case No. CV-19-031-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 62), Judgment is entered in favor of the Defendants and against the Plaintiffs.

    Dated this 29th day of December, 2021.

                                              TYLER P. GILMAN, CLERK

                                              By: /s/ Heidi Gauthier
                                              Heidi Gauthier, Deputy Clerk